CRISAFULLI v. CONEY ISLAND & B. R. CO. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Letterio Crisafulli, an infant, by his guardian ad litem, against the Coney Island & Brooklyn Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Affirmed. Claude W. Gibson, for appellant. Dyk-

man, Oeland & Kuhn (Edward D. Kelly, of counsel), for respondent.

PER CURIAM. This case was tried, and the appeal was argued, upon the same record as the case of Sebastiano Trusso v. Same Defendand (herewith decided) 119 N. Y. Supp. 1147. The judgment should be affirmed, with costs.